1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               SOUTHERN DISTRICT OF CALIFORNIA
10

11  DEANNA MOREY, on behalf of herself,           CASE NO. 3:10-cv-00761-JM-NLS
    all others similarly situated and the general
12  public,                                       **ORDER GRANTING APPLICATION BY NEXTFOODS, INC. FOR LEAVE TO ALLOW NON-ELECTRONIC FILING OF EXHIBITS**
13                  Plaintiff,
14          v.                                    **[DOCKET NO. 5]**
15  NEXTFOODS, INC., and DOES 1-25,
    inclusive,
16
                    Defendant.
17
18
19
20
21
22
23
24
25
26
27
28
WEST\21935595.1

1 **ORDER**

2       Having considered the Application by Defendant NextFoods, Inc. ("NextFoods") for

3 Leave to Allow Non-Electronic Filing of Exhibits in support of its anticipated motions to dismiss

4 and strike Plaintiff Deanna Morey's Class Action Complaint ("Complaint"), the Court finds that

5 consideration of the non-electronic exhibits proposed to be filed by NextFoods, which consist of

6 the actual packaging at issue in this case, is appropriate in the context of NextFoods' anticipated

7 motions. The packaging forms the subject matter of the Complaint, and the Complaint includes

8 partial images and quotations from the packaging. Accordingly, the Court rules as follows:

9       IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT NextFoods'

10 Application is GRANTED. NextFoods may file the requested non-electronic exhibits as set forth

11 in its Application.

12       IT IS SO ORDERED.

13 Dated: April 15, 2010

14                                                                UNITED STATES DISTRICT COURT JUDGE