FILED

10 AUG 30  AM 10: 43

CLE... S, U.S. DISTRICT COURT
...HERN DISTRICT OF CALIFORNIA

...V:                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA MOREY, on behalf of herself, all others similarly situated and the general public,<br><br>             Plaintiff,<br><br>    v.<br><br>NEXTFOODS, INC., and DOES 1-25, inclusive,<br><br>             Defendant. | CASE NO.  3:10-cv-00761-VEB<br><br>**ORDER GRANTING:**<br><br>**(1) JOINT MOTION FOR SETTLEMENT [DOC. NO. 26]; AND**<br><br>**(2) MOTION FOR SETTLEMENT [DOC. NO. 27]**<br><br>**\*\*\*\*\***<br><br>**JUDGMENT, FINAL ORDER AND DECREE**<br><br>Judge:  Hon. Victor E. Bianchini<br>Courtroom: G |

WEST\222260396.2

1    IT IS HEREBY ADJUDGED AND DECREED THAT:

2          1.      This Judgment incorporates by reference the terms and definitions in the

3    Stipulation of Settlement dated August 25, 2010 ("Stipulation"), attached as Exhibit 1, as if set

4    forth fully herein, and all terms used herein shall have the same meanings as set forth in the

5    Stipulation unless set forth differently herein.

6          2.      The Court has jurisdiction over the subject matter of this Litigation and all Parties

7    to the Litigation, including all members of the Class.

8          3.      Pursuant to Federal Rules of Civil Procedure, Rule 23(b)(2), the Court hereby

9    certifies the following Class:

> All persons who purchased food products marketed and distributed
> under the brand name GoodBelly® in the United States from the
> time they became available in or around January 2008 through the
> Effective Date.

13         4.      Pursuant to Federal Rules of Civil Procedure, Rule 23(c)(3), all such Persons who

14   satisfy the Class definition above, are members of the Class bound by this Judgment.

15         5.      Pursuant to Federal Rules of Civil Procedure, Rule 23(a), the Court finds that the

16   Plaintiff in the Litigation, Deanna Morey, ("Plaintiff") is a member of the Class, her claims are

17   typical of the Class, and she fairly and adequately protected the interests of the Class throughout

18   the proceedings in the Litigation.  Accordingly, the Court hereby appoints Deanna Morey as

19   Class representative.

20         6.      The Court finds that the Class meets all requirements of Federal Rules of Civil

21   Procedure, Rule 23(a) and (b)(2) for certification of the alleged class claims for injunctive relief,

22   including: (a) numerosity; (b) commonality; (c) typicality; (d) adequacy of the Class

23   representative and Class Counsel; and (e) conduct that applies generally to the Class, so that final

24   injunctive relief is appropriate respecting the Class as a whole.

25         7.      Having considered the factors set forth in Federal Rules of Civil Procedure, Rule

26   23(g)(1), the Court finds that Class Counsel have fairly and adequately represented the Class, and

27   thus, hereby appoints Class Counsel as counsel to represent the Class.

28   /////

WEST\222260396.2                                     -1-

8.      Pursuant to Federal Rules of Civil Procedure, Rule 23(c)(2)(A) and Rule 23(e)(1), the Court finds that this Judgment and NextFoods' revised packaging and advertising as set forth in the Stipulation, and incorporated by reference herein, shall provide sufficient notice to the Class.  No other or further notice shall be required.

9.      Pursuant to Federal Rules of Civil Procedure, Rule 23(e)(2), the Court finds after an Early Neutral Evaluation Conference held on August 11, 2010, and based upon all submissions of the Parties, that the Stipulation is fair, reasonable, and adequate.  The terms and provisions of the Stipulation are the product of lengthy, arms-length negotiations conducted in good faith and with the assistance of an experienced mediator, retired California Superior Court Judge David Moon, and by this Court. Approval of the Stipulation will address concerns raised by the Litigation, will result in substantial savings of time, money and effort to the Court and the Parties, and will further the interests of justice.

10.     All Class members are thus bound by this Judgment and by the terms of the Stipulation.

11.     Neither the Stipulation, this Judgment, nor the fact of the Stipulation, Judgment, or settlement of the Litigation, constitutes any admission by any of the Parties of any liability, wrongdoing or violation of law, damages or lack thereof, or of the validity or invalidity of any claim or defense asserted in the Litigation.

12.     The Court has considered the submissions by the Parties and all other relevant factors, including the result achieved and the efforts of Class Counsel in prosecuting the claims on behalf of the Class.  Plaintiff initiated the Litigation and assisted her counsel.  The efforts of Class Counsel have produced the Stipulation entered into in good faith, and which provides a fair, reasonable, adequate and certain result for the Class.  Class Counsel is entitled to a reasonable fee and expense award for their work, and to recover expenses incurred in the Litigation.  The Court finds that payment of $150,000 to Class Counsel set forth in the Stipulation is appropriate to compensate Class Counsel for their fees and expenses.  Further, Plaintiff is entitled to an incentive award of $5,000, as set forth in the Stipulation.

/////

WEST\222260396.2

-2-

1   13.   The Court hereby dismisses with prejudice this action, and all Released Claims

2  against each and all Released Persons and without costs to any of the Parties as against the others.

3   14.   Without affecting the finality of this Judgment, the Court reserves jurisdiction over

4  the implementation, administration and enforcement of this Judgment and the Stipulation, and all

5  matters ancillary thereto.

6   15.   The Parties are hereby authorized without needing further approval from the

7  Court, to agree to and adopt such non-material modifications and expansions of the Stipulation,

8  which are consistent with this Judgment and do not limit the rights of Class members under the

9  Stipulation.

10   IT IS SO ORDERED.

11  Dated:   August 26, 2010

12

13   Victor E. Bianchini
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT, FINAL ORDER AND DECREE  (CASE NO. 3:10-CV-00761-JM-NLS )